UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| Sorptive Minerals Institute, <br><br> Petitioner <br><br> v. <br><br> Mine Safety and Health Administration; Secretary of Labor, United States Department of Labor, <br><br> Respondents <br> ----- <br> National Stone, Sand & Gravel Association, et al., <br><br> Petitioner <br><br> v. <br><br> Mine Safety and Health Administration, et al. <br><br> Respondents | No. 24-1889 <br><br><br><br><br><br><br><br><br><br><br> No. 24-2661 |

Appellate Case: 24-2661     Page: 1     Date Filed: 10/01/2025 Entry ID: 5563546

Sorptive Minerals Institute and
Blue Mountain Production
Company,

        Petitioners

  v.

Mine Safety & Health
Administration, et al.

        Respondents

No. 24-2663

## Unopposed Motion for Extension of Time to File Joint Status Report

On August 11, 2025, this Court directed the parties to file a status report regarding the developments in the case by October 10, 2025. Doc. 5546704. Pursuant to Federal Rule of Appellate Procedure 26(b), the Secretary hereby requests an extension of time in which to file her status report in this case. As grounds for this motion, the Secretary states as follows:

1. The Secretary's status report is currently due on October 10, 2025. The undersigned is responsible for preparing and filing the status report.

2. At the end of the day on September 30, 2025, appropriated funding for the Department of Labor and its subagencies, including the Mine Safety and Health Administration, lapsed. At this time, we do not know when Congress

2

will restore funding.

3. As a result of the lapse in appropriations, Department of Labor attorneys in the Solicitor's Office (including the undersigned) are prohibited from doing work, even on a voluntary basis, "exceeding that authorized by law except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. This exception "does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id*.

4. In light of the foregoing, the Secretary requests that the Court extend the time to file its status report until a date at least 30 days after the restoration of funding for the Department.

5. I have contacted counsel for Petitioners and they do not object to this motion.

6. WHEREFORE, the Secretary respectfully requests an extension of time in which to file its status report.

    Respectfully submitted,

    JONATHAN L. SNARE
    Acting Solicitor of Labor

    THOMAS A. PAIGE
    Acting Associate Solicitor

    s/ BRAD J. MANTEL
    Counsel for Standards & Legal Advice

U.S. Department of Labor
Office of the Solicitor
Division of Mine Safety & Health
200 Constitution Avenue NW
Suite N4420-N4430
Washington, DC 20210
(202) 693-9331

Attorneys for MSHA and the Secretary of Labor

4

## Certificate of Compliance

This document complies with Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Equity Text B using Microsoft Word.

This document complies with Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 285 words.

Counsel also certifies that this motion has been scanned for viruses and is virus-free.

s/ Brad J. Mantel

## Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system on October 1, 2025, and registered users will be served via the CM/ECF system.

Keith Bradley
Peter S. Gould
Kayala Marie Mendez
Morgan Miller
Trevor Piouz Kehrer
Squire Patton Boggs, LLP

Aaron R. Gelb
Kathryn M. McMahon
Mark M. Trapp
Conn Maciel Carey, LLP

                                                s/ Brad J. Mantel